1 Name: Maria de los Angeles Matus
2 Address: 1320 S. Valvista Drive Apt-1038 Mesa, Az, 85204
3 Telephone Phone: (619) 622-5246
4 Email: usapplicationscis@gmail.com

**FILED**
Sep 22 2021
11:59 am
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ emilybl  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Maria de los Angeles Matus,

Plaintiff(s),

v.

U.S. Customs and Border Protection,

Defendant(s).

Case No.: '21CV1663 MMA MDD
(assigned at time of filing)

Civil Rights COMPLAINT pursuant to 28 U.S.C. §1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971) 28 U.S.C. §2675(a) 28 CFR §14.2(a) Federal Tort Claims-

I. **RELATED CASES**

  a. Do you have other Civil Case(s) in this or any other federal court?
     ☐ Yes   ☒ No

  b. If yes, please list the case numbers here:
     N/A

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

1  On January 21st of 2020, I arrived driving my car at
2  the Port of Entry #2504, San Ysidro and I got stopped
3  by US Customs and Border Protection Officers, I was
4  ordered to get out from the car and to take off my
5  sun glasses, one of the officers coffed her without any
6  explanations, and they tooked me in to the office where
7  there were more people there and they make me took of every
8  thing on me, also me clothes, I kept asking them in a good
9  manner for the reason that I was arrested, when the officer
10 said by radio that they were two people in the book of
11 my car, It took hours for me to find out what was
12 happening, Immediately I said that there was nobody in
13 may car except me. They have me there for hours without
14 water, without food, they broke my Jacket, after hours
15 Next day morning they brought a foil blanket, then they
16 start making fun of me for my english pronunciation
17 I request to the officers to see evidence for what
18 they said, I was told that they had evidence, but
19 I was not able to see it. They harras me, obligating
20 me to say that I was crossing illegal people to the
21 US at every time I denied, then after hour and half
22 they said that I had to pay a $5000 USdls fine
23 and I was going to be able to pickup my car at the
24 Towing place.
25 I suffer from High Pression, Diabetes, and my medical
26 condition was afected by the fact that I wasn't
27 provide with the basic medical Treatment, No water
28 or food for hours. The officers were races with me

*[Copy this page and insert it where you need additional space.]*

I. Maria de los Angeles Matus; Pursuant to: 28 U.S.C §2675(a) and 28 CFR §14.2(a) Provide notification of incidents that occasion liability under the Federal Tort Claims Act and I present claims for money damages for personal injury and wrongfull arrest, Illegal Zeizure.

1. Negligence, Gross Negligence and Recklessness
DHS and CBP had a duty to excersise their Functions in a manner to avoid causing unreasonable excessive and unprovoked harm, injury CBP breaches this duty. As result of this Negligence, gross negligence and Recklessness, Maria de los Angeles Matus suffered physical, mental, emotional pain and distress, lost wages.

2. Personal Injury / Deliberate indifference 5th Amendment Constitution Violation
The Plaintiff did not receive the basic medical Inspection and after medication was denied even the basic fluid (water) the plaintiff sufered physical, emotional pain.

3. Malicious Prosecution and Abuse of Process
The Plaintiff was accused basically for human trafficking/smuggling but then evidence was not provided and she receive a 5,000 USD ls ticket Does not make any sense, the process was not clear, a 5th Amendment Constitution

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – 05/17]*

# CLAIMS

## First Claim

(Name the law or right violated: __8th Amendment Constitutional Right__)

(Name the defendants who violated it: __CBP - Denial of Medical Services__)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

I. Maria de los Angeles Matus request medication due to high pression and Diabetes, Was not provided due to not being provide with Medication the Plaintiff suffered pain and physical injury. Also the complete situation as a Citizen caused mental affections, disstress. Money Damages are warranted.

Wrongfull Arrest.
The Plaintiff request Money Damages for being arrested, and not having a reason. The US Customs and Border protection Officers never showed evidence to the Plaintiff's Arrest reason. They contradict theirselves in what happened that day. From being a Smugglee to just pay a reduced Ticket.

Illegal Seizure. for my Person and Property The Defendants violated my 4th Amendment Constitotional Righ of being free from being Seized with no reason, tooked my car and the let me have it. Money Damages are "warranted"

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

Abuse and Medical Malpractice Claim

(Name the law or right violated: 5th Amendment Constitutional Violation)

(Name the defendants who violated it: US Customs and Border Protection)

I, Maria de los Angeles Matus request Money Damages for being Arrested by the US Customs and Border Protection Officers and not receive medication for my high Pression and Diabetes symthoms.

Violation of the U.S Customs and Border Protection own Policies. 5th Amendment Constitutional Violation. The Plaintiff bulieves that a person who is detained for having illegal people in her car, she had to be processed for smuggling, not being given with a ticket. The Defendants the US Customs and Border protection officers violated their own policies of process a person. Money Damages are warranted.

Racism.

The Plaintiff was offended by the officers by the way she was comunicating with them, her english Pronuncation and she was denied for the basic needs as water, medicine, and they broke her clothing infron of people. Money Damages are warranted.

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE – 05/17]

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

1. A declaration that Plaintiff's Rights under the Constitution where Violated.
2. Money Damages are warranted
3. Any other Relief that the Court seems proper in this case.
4. Restitution for the cost of this action.

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes     ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

08/23/2021
Date

*[Signature]*
Signature

Maria de los Angeles Matos
Printed Name

