UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE LOS ANGELES MATUS<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION<br><br>Defendant. | Case No.:  21cv1663-LAB(MDD)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Maria de los Angeles Matus, proceeding *pro se*, filed a Complaint against Defendant U.S. Customs and Border Patrol ("CBP") pursuant to the Federal Tort Claims Act ("FCTA"), 28 U.S.C. 1346(b)(1), and *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S.C. 388 (1971). (Dkt. 1). On November 30, 2021, the Court dismissed her Complaint, but granted her forty-five days leave from the date of the Order to file an amended complaint curing the pleading deficiencies identified in the Order. (Dkt. 5). To date, no amended complaint has been filed on the docket and Plaintiff has not otherwise taken any action in this case.

//
//

Accordingly, pursuant to the Southern District's Civil Local Rule 41.1, the Court **DISMISSES** this case **WITHOUT PREJUDICE**. The Clerk of Court is instructed to terminate this case.

**IT IS SO ORDERED**.

Dated: September 29, 2022

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge